IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **GENERAL CASUALTY COMPANY OF WISCONSIN**, <br><br>    Plaintiff, <br><br> v. <br><br> **SPARTAN DIRECT SOLUTIONS, LLC, et al.**, <br><br>    Defendants. | Case No.: 4:20-cv-04150 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
PLAINTIFF, GENERAL CASUALTY COMPANY OF WISCONSIN**

**COMES NOW**, Plaintiff, General Casualty Company of Wisconsin, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure makes the following disclosures:

General Casualty Company of Wisconsin is a wholly owned subsidiary of QBE Regional Companies, Inc. The ultimate corporate parent of QBE Regional Companies, Inc. is QBE Insurance Group, Ltd. which is publicly traded on the Australian Securities Exchange under the ticker: QBE.

 Dated: December 11, 2020.

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a true and correct copy of the foregoing document was filed with the Clerk of the Court via the CM/ECF system which will send electronic notice of this filing to all counsel of record and further that a true and correct copy of the foregoing document will be served on all defendants where they are found for service of process in this action.

Respectfully submitted,

**GURLEY & ASSOCIATES**

/s/ *David E. Gurley*
David E. Gurley, Esq., *Attorney-in-Charge*
Texas Bar No: 24115131
SDTX Bar No.: 3612428
dgurley@gurleyassociates.com
Michael A. Fant, Esq., *Of Counsel*
Florida Bar No: 0100713
SDTX Bar No.: 3612427
mfant@gurleyassociates.com
601 South Osprey Avenue
Sarasota, FL 34236
Telephone: (941) 365-4501
Facsimile: (941) 365-2916
eservice@gurleyassociates.com

Clayton C. Cannon, Esq., *Of Counsel*
ccannon@gurleyassociates.com
Texas Bar Number: 03745200
SDTX Bar No.: 13686
550 Westcott Street, Suite 575
Houston, TX 77007-5013
Telephone: (713) 861-1847

*Attorneys for Plaintiff, General Casualty Company of Wisconsin*